# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

AARON ADAMS,

    Defendant.

CASE NO. MJ 12-330

DETENTION ORDER

<u>Offense charged</u>:     Conspiracy to Defraud the Government

<u>Date of Detention Hearing</u>:    July 6, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.     Defendant made his first appearance in response to a summons issued in this

case. He was released from the custody of the Washington State Department of Corrections on July 4, 2012 after serving a four month sentence due to non-compliance with the conditions of community supervision. An active warrant has been issued by the DOC following defendant's failure to report following his release. For the time being, the issue of release is moot, since defendant would be transferred to DOC custody if not detained by this Court.

    2. Defendant will be detained pending a full detention hearing before this Court.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

///

///

///

DETENTION ORDER
PAGE -2

01      DATED this 6th day of July, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3