UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 12-330 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| AARON ADAMS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

<u>Offense charged</u>:    Conspiracy to Defraud the Government

<u>Date of Detention Hearing</u>:    July 11, 2012.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant's past criminal history includes a number of failures to appear for

DETENTION ORDER
PAGE -1

hearing with resultant bench warrant activity. He failed to meet the requirements of the DOSA sentence requirements of 20 months community custody, and was revoked and sentenced to four months in prison. He was released from custody on July 4, 2012 and ordered to report to DOC the next day. He failed to do so and a warrant was issued, which remains active.

    2. Defendant has a history of substance abuse and admits to cocaine use on July 4, 2012 after release from DOC custody. He also has mental health issues.

    3. Defendant's proposed release address is problematic, as reported by his DOC officer.

    4. Defendant poses a risk of nonappearance due to a history of failing to appear, current substance abuse, mental health issues, poor performance on supervision and an active bench warrant. He poses a risk of danger due to criminal history, which includes a number of assault charges, substance abuse and mental health issues.

    5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the

person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 11th day of July, 2012.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3